THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LLOYD'S OF LONDON SYNDICATE 2987,<br><br>Plaintiff,<br><br>v.<br><br>MASTER PLUS, LLC, a Washington Limited Liability Company; PAVEL I. DIMOV and JANE DOE DIMOV, individually and as a marital community; DIMA CONSTRUCTION, LLC, a Washington Limited Liability Company; DMITRIY STAROVEROV and JANE DOE STAROVEROV, individually and as a marital community; PROSPECT, LLC, a Washington Limited Liability Company; and RESERVE SILICA CORPORATION, a Washington corporation,<br><br>Defendants. | No. 2:24-cv-01424-BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE** |

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss All Claims with Prejudice and Without Costs or Fees. Having considered the motion, it is ordered that all claims that have been or could have been asserted in this matter are hereby dismissed with prejudice and without an award of attorneys' fees or costs to any party.

IT IS SO ORDERED.

Dated this 19th day of February 2025.

*[signature: Barbara J. Rothstein]*

The Honorable Barbara J. Rothstein

*Presented by:*

| MURPHY ARMSTRONG FIRM, LLP | VERIS LAW GROUP |
|---|---|
| By: */s/ James P. Murphy*<br>James P. Murphy, WSBA #18125<br>Brian C. Armstrong, WSBA # 31974<br>719 Second Avenue, Suite 701<br>Seattle, WA 98104<br>T/206-985-9770; F/206-985-9790<br>jpm@maflegal.com<br>bca@maflegal.com<br><br>*Attorneys for Plaintiff Lloyd's of London Syndicate 2987* | By: */s/ per email authority*<br>Gregory T. Hixson, WSBA #39223<br>1809 Seventh Avenue, Suite 1400<br>Seattle, WA 98101<br>greg@verislawgroup.com<br><br>*Attorney for Defendants Master Plus, LLC and Pavel I. Dimov and Jane Doe Dimov* |
| NORTHWEST RESOURCE LAW PLLC | HELSELL FETTERMAN LLP |
| By: */s/ per email authority*<br>Douglas J. Steding, WSBA #37020<br>Merryn B. DeBenedetti, WSBA #35777<br>Greg A. Hibbard, WSBA #60526<br>71 Columbia Street, Suite 325<br>Seattle, WA 98104<br>dsteding@nwresourcelaw.com<br>mdebenedetti@nwresourcelaw.com<br>ghibbard@nwresourcelaw.com<br><br>*Attorneys for Defendant Reserve Silica Corporation* | By: */s/ per email authority*<br>Sebastian G. Toth, WSBA #51348<br>Scott D. Johnson, WSBA #22956<br>Brandon S. Gribben, WSBA #47638<br>800 Fifth Avenue, Suite 3200<br>Seattle, WA 98104<br>stoth@helsell.com<br>sjohnson@helsell.com<br>bgribben@helsell.com<br><br>*Attorneys for Defendants Dima Construction, Dmitry Staroverov and Jane Doe Staroverov* |

| | |
|---|---|
| HILLIS CLARK MARTIN & PETERSON P.S.<br><br>By: */s/ per email authority*<br>Matthew J. Stock, WSBA #40223<br>Alexandra Kleeman, WSBA #44163<br><br>999 Third Avenue, Suite 4600<br>Seattle, WA 98104<br>matthew.stock@hcmp.com<br>alexandra.kleeman@hcmp.com<br><br>*Attorneys for Defendant Prospect, LLC* | |